UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

USA,

    Plaintiff,

-vs-                                    Case No. 2:11-cv-221-FtM-29SPC

CHARLIE FLETCHER CHERY,

    Defendant.
_____

**ORDER**

This matter comes before the Court upon review of the file. On August 9, 2011, the Court entered an Order to Show Cause as to Charlie Fletcher Chery directing him to show cause as to why a Certificate of Interested Persons and Corporate Disclosure Statement had not been timely filed. It appears that Mr. Chery has not yet appeared in this matter.[1] Thus, the filing of the Certificate of Interested Persons and Corporate Disclosure Statement was not due.

Accordingly, it is now **ORDERED:**

The Order to Show Cause (Doc. # ) is hereby **VACATED.**

**DONE AND ORDERED** at Fort Myers, Florida, this   15th   day of August, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record

---

[1] The deadline to answer or otherwise plead in this case was twenty days after the date of service, June 28, 2011.